```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                               Case No. 08-cr-86-PB

**Christopher Chase, Kenton Benloss**
**and Phatsany Lae Syharath**

**O R D E R**

Defendant Kenton Benloss, through counsel, has moved to continue the December 2, 2008 trial in the above case, citing the need for additional time to complete extensive discovery and consider pretrial negotiations.  The government and co-defendants do not object to a continuance of the trial.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 2, 2008 to March 3, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The November 17, 2008 final pretrial conference is continued to February 18, 2009 at 4:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

November 14, 2008

cc: Jonathan Saxe, Esq.
Michael Ramsdell, Esq.
R. Brian Snow, Esq.
Mark Irish, AUSA
United States Probation
United States Marshal